5-638620

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAERSK INC., as agents for : 
A.P. MOLLER-MAERSK A/S, :
:
:
Plaintiff, :
:
- against - : CIVIL COMPLAINT
: IN ADMIRALTY
LINUS KEVLICIUS, and :
AAA AUTOEXPORT, INC., :
:
Defendants. :

Plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, and its Designated Local Counsel, KOVITZ SHIFRIN & NESBIT, as and for its Complaint against defendants LINUS KEVLICIUS, and AAA AUTOEXPORT, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Shipping Act of 1984, as Amended, 46 U.S.C., App. Section 1701, et seq.

2. At all times hereinafter mentioned, plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 9300 Arrowpoint Blvd., Charlotte, NC 28273.

3. Upon information and belief and at all times hereinafter mentioned, defendants had and now have the legal status and place of business as set forth in Schedule A.

4. On or about the dates and at the ports of shipment stated in Schedule A, hereto, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendants pursuant to plaintiff's public tariff, all as set forth in Schedule A.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignees and/or their agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendants have failed and refused, and continue to fail and to refuse to remit the $51,949.33 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $51,949.33 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney fees.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Buffalo Grove, Illinois
   New York, New York
   October 7, 2009

KOVITZ SHIFRIN & NESBIT

/s/ John H. Bickley, III
   John H. Bickley, III
   Designated Local Counsel for Plaintiff
   750 Lake Cook Road, Suite 350
   Buffalo Grove, IL 60089-2073
   (847) 537-0500

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

/s/ Albert J. Avallone
   Albert J. Avallone - AA1679
   Attorneys for Plaintiff
   MAERSK INC., as agents for
   A.P. MOLLER-MAERSK A/S
   551 Fifth Avenue, Suite 1625
   New York, NY 10176
   (212) 696-1760

SCHEDULE A

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant LINUS KEVLICIUS was and still is a natural person and resident of the State of Ilinois, residing at 6901 W. 65th Street, Building B, Bedford Park, IL 60638.

    B. Upon information and belief and at all times hereinafter mentioned, defendant AAA AUTOEXPORT, INC. was and still is a non-incorporated entity, owned by defendant LINUS KEVLICIUS, organized and existing under the laws of the State of Illinois, with offices and a place of business at 6901 W. 65th St., Building B, Bedford Park, IL 60638.

II. Details of shipment(s):

    1. Bill of Lading No. 526323805, dated September 2, 2008, from Chicago to Arica _via_ Norfolk on the Vessel MAERSK GATESHEAD, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, at the applicable tariff and/or Service Contract rate of $4,158.00 (Exhibit A).

Amount Paid: $0                     Amount Due: $4,158.00

    2. Bill of Lading No. 526667570, dated December 26, 2008, from Chicago to Poti on the Vessel MAERSK DOUGLAS, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, at the applicable tariff and/or Service Contract rate of $15,190.00 (Exhibit B).

Amount Paid: $5,365.00             Amount Due: $9,825.00

3. Bill of Lading No. 526676755, dated December 26, 2008, from Newark to Poti on the Vessel MAERSK DOUGLAS, one (1) forty-foot container SAID TO CONTAIN: 4 AUTOS, at the applicable tariff and/or Service Contract rate of $18,590.00 (Exhibit C).

Amount Paid: $4,215.00                Amount Due: $14,375.00

4. Bill of Lading No. 527032125, dated December 8, 2008, from Newark to Arica on the Vessel MAERSK DURHAM, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of $3,430.00 (Exhibit D).

Amount Paid: $225.00                Amount Due: $3,205.00

5. Bill of Lading No. 527193885, dated December 16, 2008, from Chicago to Arica via Norfolk on the Vessel SL MERCURY, part of one (1) forty-foot container SAID TO CONTAIN: 2 CARS, at the applicable tariff and/or Service Contract rate of $1,999.33 (Exhibit E).

Amount Paid: $0                Amount Due: $1,999.33

6. Bill of Lading No. 527101494, dated December 16, 2008, from Chicago to Arica via Norfolk on the Vessel SL MERCURY, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, at the applicable tariff and/or Service Contract rate of $4,188.00 (Exhibit F).

Amount Paid: $0                Amount Due: $4,188.00

7. Bill of Lading No. 527263465, dated January 12, 2009, from Los Angeles to Arica on the Vessel MAERSK FLORENCE, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of $3,335.00 (Exhibit G).

Amount Paid: $0                Amount Due: $3,335.00

      8. Bill of Lading No. 857704873, dated February 5, 2009, from Chicago to Arica via Norfolk on the Vessel MAERSK DURHAM, one (1) forty-foot container SAID TO CONTAIN: 2 CARS, at the applicable tariff and/or Service Contract rate of $4,004.00 (Exhibit H).

Amount Paid: $0                        Amount Due: $4,004.00

      9. Bill of Lading No. 857857060, dated February 24, 2009, from Chicago to Arica via Norfolk on the Vessel MAERSK DANANG, one (1) forty-foot container SAID TO CONTAIN: 4 CARS, at the applicable tariff and/or Service Contract rate of $3,735.00 (Exhibit I).

Amount Paid: $0                        Amount Due: $3,735.00

      10. Bill of Lading No. 857843869, dated March 24, 2009, from Chicago to Arica via Norfolk on the Vessel MAERSK MYKONOS, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of $2,725.00 (Exhibit J).

Amount Paid: $0                        Amount Due: $2,725.00

      11. Bill of Lading No. 858148236, dated July 13, 2009, from Los Angeles to Arica on the Vessel RANJAN, one (1) forty-foot container SAID TO CONTAIN: 3 CARS, at the applicable tariff and/or Service Contract rate of $400.00 (Exhibit K).

Amount Paid: $0                        Amount Due: $400.00


III.  TOTAL AMOUNT DUE: $61,385.65